UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| ILDEFONSO GONZALEZ CRISPIN, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-cv-308-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL OLSON, | ) | **ORDER REMANDING HEARING** |
| Chicago Field Office Director, U.S. | ) | |
| Immigration and Customs Enforcement, | ) | |
| Enforcement and Removal Operations | ) | |
| (ICE/ERO), *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

*** *** *** ***

This matter is before the Court on the parties' Joint Motion to Cancel Hearing, [R. 10]. In their joint motion, the parties request "the Court cancel the scheduled hearing and resolve this matter on the briefs." *Id.* at 2. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' Joint Motion to Cancel Hearing, [**R. 10**], is **GRANTED**.

2. The **Hearing** scheduled for Friday, May 8, 2026, is **REMANDED** from the Court's docket

3. As previously ordered, [**R. 6**], Petitioner **SHALL** file his reply **by no later than Wednesday, May 6, 2026**.

This the 6th day of May, 2026.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:      Counsel of Record